UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          X

CARLOS HERNANDEZ, individually and
on behalf of others similarly situated,

    Plaintiff,

-against-

LA RUANA BAR, INC., d/b/a LA RUANA
PAISA RESTAURANT AND BAR,
PAULA SEVILLANO, and
CHRISTINA SEVILLANO,

    Defendants.

Civil Case No.: 1:22-cv-01998-ARR-JRC

-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between CARLOS HERNANDEZ and Defendants LA RUANA BAR, INC., d/b/a LA RUANA PAISA RESTAURANT AND BAR, PAULA SEVILLANO, and CHRISTINA SEVILLANO, the parties' settlement agreement ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed under Fed.R.Civ.P.41, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court. The Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

| FISHER TAUBENFELD LLP | MKC LAW GROUP LLC |
|---|---|
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| 225 Broadway, Suite 1700 | 1250 Broadway, 36th Fl., Suite 300 |
| New York, New York 10007 | New York, New York 10001 |
| Tel.: (212) 384-0259 | Tel.: (212) 726-1104 |

By: *Michael Taubenfeld*  
MICHAEL TAUBENFELD, ESQ.

By: _____  
MICHAEL CHONG, ESQ.

Dated: April 28, 2023

Dated: April 28, 2023

SO ORDERED THIS 1st DAY OF May, 2023

/s/(ARR)

_____
Hon. Allyne R. Ross, United States District Judge

2